JACOB COHEN, Appellant, v. NATHAN J. MILLER and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements.

No opinion. Settle order fixing date for examination to proceed upon notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.